No. 89, Misc.  REID *v.* MARYLAND.  Court of Appeals of Maryland.  Certiorari denied.  MR. JUSTICE DOUGLAS is of the opinion certiorari should be granted.  *Harold Buchman* for petitioner.  *Hall Hammond,* Attorney General of Maryland, for respondent.

No. 449, October Term, 1950.  PETRONE *v.* UNITED STATES, 340 U. S. 931;

No. 151, October Term, 1951.  UNITED STATES ET AL. *v.* GREAT NORTHERN RAILWAY Co., 343 U. S. 562;

No. 176, October Term, 1951.  LELAND *v.* OREGON, 343 U. S. 790;

No. 517, October Term, 1951.  McGEE, DIRECTOR, CALIFORNIA DEPARTMENT OF CORRECTIONS, ET AL. *v.* EKBERG, 343 U. S. 970;

No. 543, October Term, 1951.  ON LEE *v.* UNITED STATES, 343 U. S. 747;

No. 762, October Term, 1951.  BLOCK *v.* COLORADO, 343 U. S. 978; and

No. 788, October Term, 1951.  EIGHT O'CLOCK CLUB ET AL. *v.* BUDER ET AL., 343 U. S. 971.  Petitions for rehearing denied.

No. 611, October Term, 1950.  MALOY *v.* FLORIDA, 341 U. S. 947.  Motion for leave to file a second petition for rehearing denied.

No. 401, October Term, 1951.  JOHANSEN *v.* UNITED STATES, 343 U. S. 427; and

No. 414, October Term, 1951.  MANDEL, ADMINISTRATOR, *v.* UNITED STATES, 343 U. S. 427.  The motions for leave to file briefs of (1) Herbert L. Johnson, and (2) Cora Mae Meyer, Administratrix, etc., as *amici curiae,* in Nos. 401 and 414; and briefs of (1) National Asso-